IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09cr157-MEF |
| | ) | |
| WILLIAM TRAVIS COWART | ) | (WO) |

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the forfeiture allegation of the information in the above case, the United States sought forfeiture of specific property, and,

WHEREAS, defendant William Travis Cowart consents to the forfeiture of specific property,

IT IS HEREBY ORDERED THAT:

As a result of the guilty plea on Counts 1 and 2 of the information, for which the United States sought forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), the defendant shall forfeit to the United States: all firearms and ammunition involved in the commission of the violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 924(c)(1)(A)(i).

The Court has determined that the following property is subject to forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c); that the defendant has an interest in such property; and, that the United States has established the requisite nexus between such property and such offense:

1

(1) an unknown manufacturer, model unknown, .22 caliber revolver, no serial number (08-ATF-030083);

(2) a General Precision Corp., Triumph, Model 20, .22 caliber revolver, bearing serial number 70490 (08-ATF-030083);

(3) a Colt, Model MK IV Series 70, .45 caliber pistol, bearing serial number 70G41836 (08-ATF-030082);

(4) a Lorcin Engineering, Model L22, .22 caliber pistol, bearing serial number 088956 (08-ATF-030082);

(5) a Browning, Model unknown, .9 caliber pistol, bearing serial number 76C28249 (08-ATF-030082);

(6) a FNH USA, LLC, Model 27, .765 caliber pistol, bearing serial number 333117 (08-ATF-030082);

(7) a Makarov, Model IJ-7.0, .9 caliber pistol, bearing serial number H600654 (08-ATF-030082);

(8) an Armi Atis, Model 9, .380 caliber pistol, bearing serial number 172895 (09-ATF-023960);

(9) an Unknown manufacturer, Model unknown, .22 caliber revolver, no serial number (08-ATF-030202);

(10) an Unknown manufacturer, Model Black Powder, .30 caliber revolver, bearing serial number P07019 (08-ATF-030202);

(11) a Harrington & Richardson 1871 Inc., Model 939, .22 caliber revolver, bearing serial number AC2631 (08-ATF-030202);

(12) an Unknown manufacturer, Model unknown, .38 caliber handgun, no serial number (08-ATF-030197);

(13) a Marlin Firearms Co., Model 336CS, .30 caliber rifle, bearing serial number 05059892 (08-ATF-030203);

(14) a Ruger, Model M77, .30-30 caliber rifle, bearing serial number 72-92642 (08-ATF-030203);

(15)   a Clerke Technicorp, Model Clerke 1st, .22 caliber revolver, bearing serial number 028550 (08-ATF-030202);

(16)   a Smith & Wesson, Model 909, .9 caliber pistol, bearing serial number VCR9784 (08-ATF-030200);

(17)   an Unknown manufacturer, Model unknown, .38 caliber revolver, no serial number (08-ATF-030202);

(18)   a Smith & Wesson, Model unknown, .32 caliber revolver, bearing serial number 157543 (08-ATF-030202);

(19)   an RG Industries, Model RG25, .25 caliber pistol, bearing serial number P087549 (08-ATF-030200);

(20)   a NORINCO (North China Industries), Model 54-1, .9 caliber pistol, bearing serial number 39003201 (08-ATF-030200);

(21)   a Smith & Wesson, Model 39-2, .9 caliber pistol, bearing serial number A194261 (08-ATF-030200);

(22)   an Unknown manufacturer, Model unknown; .22 caliber pistol, bearing serial number 104322 (08-ATF-030200);

(23)   an RG Industries, Model RG10, .22 caliber revolver, bearing serial number 620243 (08-ATF-030202);

(24)   a Harrington and Richardson, Model 949, .22 caliber revolver, bearing serial number AX072724 (08-ATF-030202);

(25)   a Raven Arms, Model P-25, .25 caliber pistol, bearing serial number 248591 (08-ATF-030200);

(26)   an Unknown Manufacturer, Model unknown, .9 caliber pistol, bearing serial number 15711 (08-ATF-030200);

(27)   a Winchester, Model 61, .22 caliber rifle, bearing serial number 116351 (08-ATF-030203);

(28)   a Mossberg, Model 500, .12 caliber shotgun, bearing serial number J224205 (08-ATF-030199);

(29)    a Remington Arms Company, Inc., Model II, .12 caliber shotgun, bearing serial number 309290 (08-ATF-030199);

(30)    a Remington Arms Company, Inc., Model 7600, .30-06 caliber rifle, bearing serial number B8475916 (08-ATF-030203);

(31)    a Brno Zbrojovka, Model VZ.24, .308 caliber rifle, bearing serial number P50276 (08-ATF-030203);

(32)    a Fabrica DE Armas S.E.A.M., Model unknown, .308 caliber rifle, bearing serial number RE5698 (08-ATF-030203);

(33)    a Husqvarna, Model unknown, .308 caliber rifle, bearing serial number 641763 (08-ATF-030203);

(34)    an Unknown manufacturer, Model unknown, .12 caliber shotgun, no serial number (08-ATF-030199);

(35)    an Unknown manufacturer, Model unknown, .410 caliber shotgun, no serial number (08-ATF-030199);

(36)    an Unknown manufacturer, Model unknown, .12 caliber shotgun, no serial number (08-ATF-030199);

(37)    an Unknown manufacturer, Model unknown, .308 caliber rifle, no serial number (08-ATF-030203);

(38)    a Mossberg, Model 500, .12 caliber shotgun, bearing serial number J288008 (08-ATF-030199);

(39)    a Ruger, Model 10/22, .22 caliber rifle, bearing serial number 231-87610 (08-ATF-030203);

(40)    a Marlin Firearms Co., Model 60, .22 caliber rifle, bearing serial number 03203399 (08-ATF-030203);

(41)    a Winchester, Model 1906, .22 caliber rifle, bearing serial number 379256 (08-ATF-030203);

(42)    a Volunteer Enterprises, Model 1906, .12 caliber rifle, bearing serial number 22260 (08-ATF-030203);

(43)   a Winchester, Model 94, .30-30 caliber rifle, bearing serial number 4509159 (08-ATF-030203);

(44)   a Norinco (North China Industries), Model SKS, .30-30 caliber rifle, bearing serial number 250336 (08-ATF-030203);

(45)   a Hipoint, Model 995, .9 caliber rifle, bearing serial number A70925 (08-ATF-030203);

(46)   a Remington Arms Company, Inc., Model Nylon 66, .22 caliber rifle, bearing serial number A2169884 (08-ATF-023961);

(47)   an Unknown Manufacturer, Model unknown, .308 caliber rifle, bearing serial number 3159238 (08-ATF-030203);

(48)   a Remington Arms Company, Inc., Model 12-C, .22 caliber rifle, bearing serial number 630889 (08-ATF-030203);

(49)   a Remington Arms Company, Inc., Model 742, .243 caliber rifle, bearing serial number B7349381 (08-ATF-030203);

(50)   a Ugartechea, Ignacio, Model 30, .12 caliber shotgun, no serial number (08-ATF-030199);

(51)   an Unknown manufacturer, Model 350, .12 caliber shotgun, bearing serial number P959174 (08-ATF-030199);

(52)   a Marlin Firearms Co., Model Glenfield Model 50, .12 caliber shotgun, bearing serial number 72431828 (08-ATF-030199);

(53)   a Hopkins and Allen, Model unknown, .12 caliber shotgun, no serial number (08-ATF-030199);

(54)   a Remington Arms Company, Inc., Model Sportsman 58, .12 caliber shotgun, bearing serial number 162159V (08-ATF-030199);

(55)   a Browning, Model Ultimate Sniper, .300 caliber rifle, bearing serial number 80507NT817 (08-ATF-030203);

(56)   a Bushmaster Firearms, Model XM15-E2S, .223 caliber rifle, bearing serial number L138249 (08-ATF-030203);

(57)   Seventeen (17) live rounds of Federal .12 caliber ammunition (08-ATF-030204);

(58)   Twenty-five (25) live rounds of Assorted .30-30 caliber ammunition (08-ATF-030204);

(59)   One hundred one (101) live rounds of Assorted .762 caliber ammunition (08-ATF-030204);

(60)   Four (4) live rounds of Winchester-Western .300 caliber ammunition (08-ATF-030204);

(61)   Fifty (50) live rounds of Other .45 caliber ammunition (08-ATF-030204);

(62)   Twenty-seven (27) live rounds of Federal .38 caliber ammunition (08-ATF-030204);

(63)   Four (4) live rounds of Remington .32 caliber ammunition (08-ATF-030204);

(64)   One hundred thirty-four (134) live rounds of Winchester-Western .9 caliber ammunition (08-ATF-030204);

(65)   Thirty (30) live rounds of Winchester-Western .300 caliber ammunition (08-ATF-030204);

(66)   Eleven (11) live rounds of Winchester-Western .30-06 caliber ammunition (08-ATF-030204);

(67)   Three hundred seventy-one (371) live rounds of Federal .22 caliber ammunition (08-ATF-030204);

(68)   a Black Powder Pistol (08-ATF-030198);

(69)   a Bushnell Scope, black in color (08-ATF-030192);

(70)   a Battery Operated Sighting Scope, black in color (08-ATF-030191);

(71)   a Tasco 4 x 20 PA Scope, chrome in color (08-ATF-030190);

(72)   Two (2) Unknown Caliber Firearm Magazines (08-ATF-030196);

(73)   Seven (7) Assorted Caliber Firearm Magazines (08-ATF-030195);

(74)   a High Capacity Drum Magazine (08-ATF-030194);

(75)   Three (3) 30 Rd. SKS Magazines (08-ATF-030193); and,

(76)    Twenty-seven (27) Assorted Firearm Magazines (08-ATF-030189).

3.    Upon the entry of this Order, the United States Attorney General is authorized to seize the above-listed property and conduct any discovery proper in identifying, locating or disposing of the property subject to forfeiture, in accordance with Federal Rule of Criminal Procedure 32.2(b)(3).

4.    Upon entry of this Order, the United States Attorney General is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

5.    The United States shall publish notice of the Order and its intent to dispose of the property in such a manner as the United States Attorney General may direct. The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in the subject property.

6.    Any person, other than the above named defendant, asserting a legal interest in the subject property may, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the subject property, and for an amendment of the Order of Forfeiture, pursuant to Title 28, United States Code, Section 2461(c) which incorporates Title 21, United States Code, Section 853(n)(6).

7.    Pursuant to Federal Rule of Criminal Procedure 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the oral pronouncement of sentence and included in the written judgment in a criminal case. If no third party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Federal Rule of Criminal Procedure 32.2(c)(2).

8. Any petition filed by a third party asserting an interest in the subject property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the subject property, and any additional facts supporting the petitioner's claim and the relief sought.

9. After the disposition of any motion filed under Federal Rule of Criminal Procedure 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

10. The United States shall have clear title to the subject property following the Court's disposition of all third-party interests, or, if no such petitions are filed, following the expiration of the period provided in Title 21, United States Code, Section 853(n)(2), which is incorporated by Title 28, United States Code, Section 2461(c), for the filing of third party petitions.

11. The Court shall retain jurisdiction to enforce this Order and to amend it as necessary pursuant to Federal Rule of Criminal Procedure 32.2(e).

12. IT IS FURTHER ORDERED that the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. # 45) is GRANTED and the Clerk of the Court shall note entry of this Order in writing on the Judgment in a Criminal Case and forward a certified copy of this Order to the United States Attorney's Office.

SO ORDERED this the 4th day of October, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE